## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Criminal Number:** |
| : | |
| : | **Violation:** |
| : | |
| **v.** : | **26 U.S.C. § 7212(a) (Attempt to Interfere** |
| : | **with Administration of Internal Revenue** |
| : | **Laws)** |
| **AYAWNA WEBSTER,** : | |
| : | |
| **Defendant.** : | |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

### (Attempt to Interfere with Administration of Internal Revenue Laws)

1.    At times relevant to this Information, defendant AYAWNA WEBSTER (formerly

Ayawna Chase) ("WEBSTER") resided in the District of Columbia; served as a staff member to

D.C. Council member Harry Thomas, Jr. ("Council member Thomas"); and was the President of

POLITICAL ORGANIZATION #1, the District of Columbia's local chapter of a national,

partisan political organization.  As the President of POLITICAL ORGANIZATION #1,

defendant WEBSTER participated in planning and organizing the 51st State Inaugural Ball, held

in the District of Columbia on or about January 20, 2009.

2.    From in or around January 2009 until in or around October 2011, in the District of

Columbia, defendant WEBSTER did corruptly endeavor to obstruct and impede the due

administration of the internal revenue laws by preparing a false Form W-9 and failing to file a

tax return on behalf of POLITICAL ORGANIZATION #1 for the period of time in which

1

POLITICAL ORGANIZATION #1 received a $104,500 grant of public funds, which

POLITICAL ORGANIZATION #1 used to pay for the 51st State Inaugural Ball. As a result of

defendant WEBSTER's conduct, defendant WEBSTER assisted in concealing from the Internal

Revenue Service that POLITICAL ORGANIZATION #1 was the true beneficiary of the grant of

public funds.

**(Attempt to Interfere with Administration of Internal Revenue Laws,
in violation of Title 26, United States Code, Section 7212(a).)**

RONALD C. MACHEN JR.
United States Attorney
for the District of Columbia

By:

JONATHAN HARAY, D.C. Bar 480140
DAVID JOHNSON, D.C. Bar 477298
JAMES E. SMITH, D.C. Bar 482985
Assistant United States Attorneys
United States Attorney's Office
for the District of Columbia
Fraud and Public Corruption Section
555 Fourth Street, NW
Washington, DC 20530
Email: jonathan.haray@usdoj.gov
       david.johnson@usdoj.gov
       james.smith9@usdoj.gov

2